So Ordered.

Signed this 15 day of January, 2015.

Diane Davis
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

John Halpin

Debtor(s)

Case No. 14-61006

Chapter 13

## CONDITIONAL ORDER

Coming before the Court on December 9, 2014, was the motion of Trustco Realty Corporation for relief from the automatic stay regarding property located at 2087, 2089 and 2091A Central Avenue, Schenectady, New York. After due deliberation, it is hereby

ORDERED, that the debtor shall pay arrearages due to Trustco Realty Corporation for June 25, 2014 to November 26, 2014, in the sum of $2,128.80 by December 15, 2014, and it is further

ORDERED, that the debtor shall commence current biweekly payments in the sum of $202.40 on December 10, 2014, and it is further

ORDERED, that if the debtor fails to make any installment payment when due, upon ten (10) days notice to the attorney for the debtor, Trustco Realty Corporation will be entitled to submit an Ex Parte Order modifying the automatic stay, and it is further

ORDERED that the movant shall immediately provide an account to the Trustee of any surplus monies realized.

###