UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re:

John Halpin

Debtor(s)

CHAPTER 13

CASE NO. 14-61006

---

### AFFIDAVIT OF SERVICE

I hereby certify that on January 15, 2015, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

Office of the U.S. Trustee

Mark W. Swimelar, Esq.

Richard Croak, Esq.

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:

John Halpin
PO Box 13141
Albany, NY 12212

_____
SALLY A. KERSHAW

SWORN to before me this 15th day of January, 2015.

_____
NOTARY PUBLIC

MELINDA L. HOGAN
NOTARY PUBLIC, State of New York
Qualified in Rensselaer County
My Commission Expires Feb. 27, 2015